

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JEROME ADDISON, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:09-2896-HFF-RSC |
| § | |
| COUNTY OF CHARLESTON et al., § | |
| Defendants. § | |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that (1) the action be dismissed without prejudice and without issuance and service of process, and (2) the motion for a temporary restraining order be denied. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on January 12, 2010, and the Clerk of Court entered Plaintiff's objections to the Report on January 27, 2010. The Court has considered the objections, but finds them to be without merit. Therefore, it will enter judgment accordingly.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that (1) the action [Doc. 1] is **DISMISSED** without prejudice and without issuance and service of process, and (2) the motion for a temporary restraining order [Doc. 2] is **DENIED**.

The Court's rulings on the remaining motions are as follows:

The motions to be relieved from proceedings [Doc. 26], to appoint counsel [Doc. 30] and to seal [Doc. 31] are deemed **MOOT**; and the motion to amend [Doc. 28] is **DENIED** as futile.

**IT IS SO ORDERED**.

Signed this 29th day of April, 2010, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.